ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
JAMIE L. ZIMMERMAN
Nevada Bar No. 11749
jamie.zimmerman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants We've Only Just Begun Wedding Chapel, Inc. and Charolette Richards*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SAMUELS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WE'VE ONLY JUST BEGUN WEDDING CHAPEL, INC d/b/a Little White Chapel; CHAROLETTE RICHARDS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  2:13-cv-00923-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

Plaintiff Judith Samuels ("Plaintiff") and Defendants We've Only Just Begun Wedding Chapel and Charolette Richards (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows.  This is Defendant's first request for an extension of time regarding filing a Reply in Support of their Motion for Summary Judgment. (Doc. # 57.)

1   On March 13, 2015, Defendants filed their Motion for Summary Judgment (Doc. # 57).  On April 7, 2015, Plaintiff filed her Opposition to same.  (Doc. # 58.)  The parties have agreed that Defendants will be allowed an additional three business days or until Wednesday, April 29, 2015, to file their Reply.

This short extension is required due to significant attorney workloads, including an oral argument before the Ninth Circuit Court, necessitating a considerable amount of time preparing for and traveling to San Francisco for that hearing.

The parties represent that this stipulation is submitted in good faith, and not for any dilatory or improper purpose.  This stipulation will not prejudice either of the parties or the Court, as no trial date has been set in this matter.

IT IS SO STIPULATED.

Dated this 22nd day of April, 2015.

| KULLER LAW PC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Jason Kuller | /s/ Jill Garcia |
| Jason Kuller | Anthony L. Martin |
| 10775 Double R. Boulevard | Jill Garcia |
| Reno, Nevada 89521 | Jamie L. Zimmerman |
| Telephone: 855.810.8103 | Wells Fargo Tower |
|  | Suite 1500 |
| Robert Montes, Jr. (*Admitted Pro Hac Vice*) | 3800 Howard Hughes Parkway |
| Mass & Montes, LLP | Las Vegas, NV  89169 |
| 10100 Santa Monica Blvd., Suite 300 | Telephone: 702.369.6800 |
| Los Angeles, CA  9006 |  |
| Telephone: 310.651.9955 | *Attorneys for Defendants We've Only Just Begun Wedding Chapel, Inc. and Charolette Richards* |
| *Attorneys for Plaintiff Judith Samuels* |  |

**ORDER**

IT IS SO ORDERED.

Dated: April 23, 2015

_____
UNITED STATES DISTRICT JUDGE

2