ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants We've Only Just Begun Wedding Chapel, Inc. and Charolette Richards*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SAMUELS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WE'VE ONLY JUST BEGUN WEDDING CHAPEL, INC d/b/a Little White Chapel; CHAROLETTE RICHARDS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00923-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF JOINT PRETRIAL ORDER PURSUANT TO LR 6-1 AND 7-1**<br><br>**(FIRST REQUEST)** |

Defendants, We've Only Just Begin Wedding Chapel, Inc. and Charolette Richards (hereinafter referred to as "Defendants") and Plaintiff, Judith Samuels, by and through their respective counsel, hereby request an extension of time in which to file the Joint Pretrial Order in the instant action. The Pretrial Order is currently due January 14, 2016. The parties are presently scheduling a mediation to take place on February 19, 2015. As a result, the parties would like to request an extension of time up to an including March 11, 2016 to prepare the joint pre-trial order

1  should this matter not resolve at the February mediation.

2      This request is sought in good faith and not for purposes of delay.

4  Dated this 13th day of January, 2016.　　　　　Dated this 13th day of January, 2016.

6  KULLER LAW, PC　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

8  Jason Kuller　　　　　　　　　　　　　　　　Anthony L. Martin
   10775 Double R. Boulevard　　　　　　　　　　Jill Garcia
   Reno, Nevada 89521　　　　　　　　　　　　　Wells Fargo Tower
   Telephone: 855.810.8103　　　　　　　　　　　Suite 1500
   　　　　　　　　　　　　　　　　　　　　　　3800 Howard Hughes Parkway
   Robert Montes, Jr. (*Admitted Pro Hac Vice*)　　Las Vegas, NV 89169
   Mass & Montes, LLP　　　　　　　　　　　　　Telephone: 702.369.6800
   10100 Santa Monica Blvd., Suite 300
   Los Angeles, CA 9006　　　　　　　　　　　　*Attorneys for Defendants We've Only Just Begun*
   Telephone: 310.651.9955　　　　　　　　　　　*Wedding Chapel, Inc. and Charolette Richards*

*Attorneys for Plaintiff Judith Samuels*

## ORDER

IT IS SO ORDERED.

DATED: January 14, 2016

_____
UNITED STATES DISTRICT JUDGE

2