ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants We've Only Just Begun Wedding Chapel, Inc. and Charolette Richards*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SAMUELS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WE'VE ONLY JUST BEGUN WEDDING CHAPEL, INC d/b/a Little White Chapel; CHAROLETTE RICHARDS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00923-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CHAROLETTE RICHARDS' MOTION FOR RECONSIDERATION**<br><br>**(FIRST REQUEST)** |

Defendant, Charolette Richards ("Richards") and Plaintiff, Judith Samuels, by and through their respective counsel, hereby request an extension of time for Plaintiff to Respond to Richards' Motion for Reconsideration. (Doc. # 63.) The response deadline is currently scheduled for January 29, 2016. This matter is scheduled for mediation on February 19, 2016. As a result, the parties would like to request an extension of time up to and including March 4, 2016 for Plaintiff to respond to the Motion for Reconsideration should this matter not resolve at the February 19, 2016

mediation.

This request is sought in good faith and not for purposes of delay.

Dated this 21st day of January, 2016.          Dated this 21st day of January, 2016.

KULLER LAW PC                                   OGLETREE, DEAKINS, NASH, SMOAK
                                                & STEWART, P.C.

/s/ Robert Montes, Jr.                          /s/ Dana B. Krulewitz
Jason Kuller                                    Anthony L. Martin
10775 Double R. Boulevard                       Jill Garcia
Reno, Nevada 89521                              Wells Fargo Tower
Telephone: 855.810.8103                         Suite 1500
                                                3800 Howard Hughes Parkway
Robert Montes, Jr. (*Admitted Pro Hac*          Las Vegas, NV 89169
*Vice*)                                         Telephone: 702.369.6800
Mass & Montes, LLP
10100 Santa Monica Blvd., Suite 300             *Attorneys for Defendants We've Only Just Begun*
Los Angeles, CA 9006                            *Wedding Chapel, Inc. and Charolette Richards*
Telephone: 310.651.9955

*Attorneys for Plaintiff Judith Samuels*

**ORDER**

IT IS SO ORDERED.


DATED: January 25, 2016


_____
UNITED STATES DISTRICT JUDGE