ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants We've Only Just Begun Wedding Chapel, Inc. and Charolette Richards*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JUDITH SAMUELS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WE'VE ONLY JUST BEGUN WEDDING CHAPEL, INC d/b/a Little White Chapel; CHAROLETTE RICHARDS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00923-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Judith Samuels ("Plaintiff") and Defendants, We've Only Just Begun Wedding Chapel, Inc. and Charolette Richards ("Defendants"), by and through their respective undersigned counsel that the above-entitled action

///

///

///

///

1  shall be dismissed with prejudice, each party to bear its own fees and costs.

2  Dated this 7TH day of March, 2016.   Dated this 10th day of March, 2016.

KULLER LAW PC

*(signature)*

Jason Kuller
10775 Double R. Boulevard
Reno, Nevada 89521
Telephone: 855.810.8103

Robert Montes, Jr. *(Admitted Pro Hac Vice)*
Mass & Montes, LLP
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 9006
Telephone: 310.651.9955

*Attorneys for Plaintiff Judith Samuels*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*(signature)* 11180

Anthony L. Martin
Jill Garcia
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

*Attorneys for Defendants We've Only Just Begun Wedding Chapel, Inc. and Charolette Richards*

**ORDER**

IT IS SO ORDERED.

DATED: March 10, 2016

*(signature)*

UNITED STATES DISTRICT COURT JUDGE

23938103.1